**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Claudius Adrian Williams, Appellant.

Appellate Case No. 2014-000227

———————

Appeal From Anderson County
Frank R. Addy, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-064
Submitted December 1, 2015 – Filed February 17, 2016

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tiffany Lorraine Butler, of Columbia; and Claudius Adrian Williams, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.